DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JACK STONE,

Appellant,

v.

SHERRY STONE,

Appellee.

No. 2D21-486

————————————————

September 15, 2021

Appeal from the County Court for Highlands County; Anthony L. Ritenour, Judge.

Jack Stone, pro se.

No appearance for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.